# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SANDY GARDNER, III**                                      **PLAINTIFF**

v.                          No. 3:21-cv-155-DPM

**GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES**                                           **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Gardner hasn't paid the filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. Doc. 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021