# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SANDY GARDNER, III                          PLAINTIFF

v.                 No. 3:21-cv-155-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES                          DEFENDANTS

## JUDGMENT

Gardner's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021